ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 3 2006

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | No. _____ |
| JANICE DENICE WILLIS A/K/A JANICE DENICE TARRANT, | § § § § | 3-06CV-2025M |
| Defendant, | § § | |
| and | § § | |
| BAYLOR UNIVERSITY MEDICAL CENTER, | § § § | |
| Garnishee. | § | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, makes application under 18 U.S.C. § 3613 and 28 U.S.C. §§ 3203-3206 to the Clerk of the United States District Court for the Northern District of Texas to issue a Writ of Garnishment upon the nonexempt property of Janice Denice Willis a/k/a Janice Denice Tarrant (Willis), who is a judgment debtor of the United States. This Writ of Garnishment is sought in connection with a judgment for the United States against Willis (Criminal Case No. 3:99-CR-274-D). Computation of the debt as of October 19, 2006 is:

| | |
|---|---|
| $20,000.00 | Judgment Amount |
| ($ 4,560.80) | Credits applied to Judgment |
| $15,439.20 | Current debt balance |

**Application for Writ of Garnishment - Page 1**

The judgment debtor's full name is Janice Denice Willis a/k/a Janice Denice Tarrant, her social security number is 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, and her last known address is 1605 N Houston School Road, Apt # 8202, Lancaster, Texas 75134. Not less than thirty (30) days have elapsed since demand on the debtor for payment of the debt was made and the debtor has not paid the amount due. The name and address of the Garnishee or its authorized agent is:

> Baylor University Medical Center, and its affiliates, successors, or assigns
> Brad Gahm, Registered Agent
> 2001 Bryan Street
> Suite 2800
> Dallas, TX 75201

The United States believes Baylor University Medical Center, and its affiliates, successors, or assigns, has possession of property in which Willis has a substantial nonexempt interest, including but not limited to, 25% of her disposable earnings as defined in 15 U.S.C. § 1673 and made applicable to this writ under 28 U.S.C. § 3003(c). See *U.S. v. Kaye,* 93 F. Supp. 2d 196 (D. Conn. 2000), involving criminal restitution, reflecting at pages 197-98:

> On compliance with the procedures set forth in 28 U.S.C. § 3205, "the court shall issue a writ of garnishment." § 3205(c)(1).
> ***
> The writ reaches "property in which the debtor has a substantial nonexempt interest", including "nonexempt disposable earnings," §§ 3205(a) and (c)(2)(F), which is defined as "25 % of disposable earnings." § 3002(9). "Disposable earnings" is defined as "that part of earnings remaining after all deductions required by law have been withheld." § 3002(5). 15 U.S.C. § 1673 sets a maximum reach for a garnishment at 25% of disposable earnings or the excess of his disposable earnings over thirty times the minimum hourly wage, 29 U.S.C. § 206(a)(1), whichever is less. The latter is not claimed to pertain.

In *Kaye,* the opinion also found that Court had the discretion to deny, limit, condition,

Application for Writ of Garnishment - Page 2

regulate, extend, or modify percentage criminal defendant's disposable earnings subject to garnishment. The United States questions this finding as unsupported by any further case history and being not within this Circuit.

In defining such "disposable earnings," *In re Robinson*, 240 B.R. 70 (Bankr. N.D. Ala. 1999) stated on page 100 of the following:

> First, "amounts required by law to be withheld" include Mr. Robinson's portion of social security taxes, and the federal, state, and local withholding taxes on his earnings.

The United States is also entitled to a surcharge of ten (10) percent of the amount of the debt, under the provisions of 28 U.S.C. § 3011, in connection with the litigation of this post-judgment remedy.

        Respectfully submitted,

        RICHARD B. ROPER
        UNITED STATES ATTORNEY

        */s/ Megan J. Fahey for*
        Mattie Peterson Compton
        Assistant United States Attorney
        Texas State Bar No. 04652300
        Burnett Plaza Suite 1700
        801 Cherry Street Unit #4
        Fort Worth, Texas 76102-6882
        Telephone: 817.252.5200
        Facsimile: 817.978.6361
        Mattie.Compton@usdoj.gov

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Janice Denice Willis a.k.a. Janice Denice Tarrant

(b) County of Residence of First Listed Plaintiff: Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dallas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
The United States Attorney's Office, Burnett Plaza, Suite 1700
801 Cherry Street Unit 4, Fort Worth, TX 76102 - 817.252.5200

Attorneys (If Known): 3-06CV-2025M

RECEIVED NOV 3 2006 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / PERSONAL PROPERTY / ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 28 U.S.C. 3205 - Garnishment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 15,439.20
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE: Sidney A. Fitzwater
DOCKET NUMBER: 3:99-CR274-D (01)

DATE: 11/3/06
SIGNATURE OF ATTORNEY OF RECORD: Megan J. Fahey for Mattie Peterson Compton

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____