ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:06-cv-2025-M |
| JANICE DENICE WILLIS A/K/A JANICE DENICE TARRANT, | § | |
| Defendant, | § | |
| and | § | |
| BAYLOR UNIVERSITY MEDICAL CENTER, | § | |
| Garnishee. | § | |

### ANSWER OF THE GARNISHEE

KERRY A. BYASSEE, being duly sworn deposes and states:

That Affiant is the Time and Labor Manager of Garnishee, BAYLOR UNIVERSITY MEDICAL CENTER (hereinafter referred to as "Baylor"), a corporation organized under the laws of the State of Texas.

On December 4, 2006, Garnishee was served with a Writ of Garnishment. For the pay period in effect on the date of service of the Writ of Garnishment, answer the following:

1. Defendant, JANICE DENICE WILLIS a/k/a JANICE DENICE TARRANT, (hereinafter referred to as "Defendant Willis") was in our employ.

2. Pay period is by-weekly. The present pay period began November 27, 2006 and ends on December 10, 2006

3. Defendant's wages and withholding are calculate below:
   (a) Gross Pay               $2,809.14
   (b) Federal income tax    167.84
   (c) FICA                     263.12
   (d) State income tax       0
Net Wages                    $2,378.18
(a) less (b, d, d)

4. Are there previous garnishments in effect:

Answer: No

The Garnishee has custody, control, or possession of the following property (non-earnings), in which Willis maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|---|
| 1. | None | | |
| 2. | | | |
| 3 | | | |
| 4. | | | |

Garnishee anticipates owing to Willis in the future, the following amounts:

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | None | |
| 2. | | |
| 3 | | |
| 4. | | |

(Check the applicable line below if you deny that you hold property subject to the Writ of Garnishment.)

__X__ [Garnishee makes the following claim of exemption on the part of Defendant:]

357863.1 200-8436

No property is held, only future wages can be garnished as long as Defendant remains in the employ of Baylor.

___   [Garnishee has the following objection, defense, or set-off to Plaintiff's right to apply Garnishee's indebtedness to Defendant to Plaintiff's claim:]

_____

___   [Garnishee is in no manner and upon no account indebted or under liability to the Defendant. Garnishee does not have in its possession, custody, or control any property belonging to the defendant or in which the Garnishee has an interest.]

The Garnishee mailed the original of this Answer to the United States District Clerk, Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, Texas 75242, and a copy of this Answer to (1) the Defendant, Janice Denice Willis a/k/a Janice Denice Tarrant, 1605 N. Houston School Road, Apt. #8202, Lancaster, Texas 75134; and (2) the United States Attorney for the Northern District of Texas, Attn: Mattie Peterson Compton, Assistant United States Attorney, Burnett Plaza Suite 1700, 801 Cherry Street Unit #4, Fort Worth, Texas 76102.

_____
KERRY BYASSEE, GARNISHEE
Baylor University Medical Center
2001 Bryan Street, suite 2200
Dallas, Texas 75201
Telephone: (214) 818-8495

Subscribed and sworn to before me this 14 day of December 2006.

STACEY L SOUTHER
My Commission Expires
June 14, 2010

_____
Notary Public in and for the State of Texas

357863.1 200-8436

Garnishee has engaged an attorney to represent it in these proceedings. Garnishee has contracted to pay $235.00 per hour, as well as costs, which the Garnishee seeks to recover.

WHEREFORE, PREMISES CONSIDERED, Garnishee BAYLOR UNIVERSITY MEDICAL CENTER requests:

1. That all claims be determined and adjudicated;

2. That Garnishee recover its costs, expenses and attorneys fees in an amount of at least $1,000.00; and

3. That it have such other and further relief as it may show itself justly entitled.

Respectfully submitted,

BURFORD & RYBURN, L.L.P.

By: _____
STEPHEN N. WAKEFIELD
State Bar No. 20670100

3100 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-3320
Telephone: (214) 740-3100
Facsimile: (214) 740-3125

**ATTORNEYS FOR GARNISHEE BAYLOR UNIVERSITY MEDICAL CENTER**

357863.1 200-8436